**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00707-CV

————————————

**WALMART TRANSPORTATION, LLC, Appellant**

**V.**

**JENNIFER RAMSEY, NANCY DEMMITT, CHRIS DEMMITT AND DAVID DEMMITT, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-42611**

---

## MEMORANDUM OPINION

On May 21, 2024, the Court granted the parties' agreed motion to abate for completion of settlement negotiations and finalization of settlement documents. On July 10, appellant filed a motion to dismiss the appeal. In the certificate of conference, appellant notes that appellees have indicated there was no opposition.

Out of an abundance of caution, the Court held the motion for 10 days to ensure no appellee was opposed to dismissal.

The Court **lifts** the abatement and **reinstates** the appeal on the active docket.

The Court **grants** the motion and **dismisses** the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.